AMELIA GORMAN, as Executrix of JOHN J. GORMAN, Deceased, Respondent, *v.* DANIEL E. FINN et al., Appellants. (Actions 1 and 2.)

*Gorman* v. *Finn,* 56 App. Div. 155, affirmed,
(Argued April 1, 1902; decided April 15, 1902.)

APPEALS from two judgments of the Appellate Division of the Supreme Court in the first judicial department, entered

January 9, 1901, affirming one judgment and modifying and affirming as modified another in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*T. B. Chancellor, W. M. K. Olcott* and *Patrick H. Loftus* for appellants.

*Archibald C. Shenstone* and *John T. Canavan* for respondent.

Judgments affirmed, with one bill of costs ; no opinion.
Concur : PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT and MARTIN, JJ. Absent : VANN, J.